UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| VICTORIA L. HOLLEY, ) ) Plaintiff, ) ) v. ) ) ) CAROLYN W. COLVIN, ) Acting Commissioner of Social Security, ) ) Defendant. ) | **JUDGMENT** No. 2:16-CV-19-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on November 17, 2016, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Acting Commissioner for further action.

**This Judgment Filed and Entered on November 17, 2016, and Copies To:**

Lawrence Wittenberg and Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

November 17, 2016        JULIE RICHARDS JOHNSTON, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk